IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 05-MC-00013-MJW**

CRAIG HOSPITAL, as assignee for DAVID WICK,

Petitioner.

MINUTE ORDER

ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE

It is hereby ORDERED that the Petitioner's Request for New Fed.R.Civ.P. Deposition Date, (Docket No. 6) filed with the Court on July 26, 2005, is GRANTED. **The deposition date for Jeffrey Hankoff, M.D., is continued and his deposition shall occur on September 16, 2005, at 2:00 p.m., at Atkinson-Baker Court Reporting Inc., 500 N. Brand Blvd., 3rd Floor, Glendale, California 91203.** Mr. Ewing shall forthwith serve notice to Dr. Hankoff, pursuant to Fed.R.Civ.P. 27.

Date:   July 27, 2005